**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER OF CONTINUING ABATEMENT

Appellate case name:          Jennifer Webb v. Benjamin Shapley

Appellate case number:     01-18-00084-CV

Trial court case number:    13-FD-1037

Trial court:                          County Court at Law No. 1 of Galveston County

Appellant, Jennifer Webb, has filed a notice of appeal of the trial court's final judgment in a suit for modification of conservatorship and child support. On April 24, 2018, we granted in part Webb's motion to abate the appeal and remand the case to the trial court pending resolution of proceedings to enforce the parties' agreement on the issues of conservatorship and support. And we directed the parties, no later than June 25, 2018, to file a motion to reinstate and dismiss or otherwise dispose of the appeal, a motion to reinstate and proceed with the appeal, or a report advising the Court of the status of the any trial court proceedings. The parties have not responded.

Accordingly, **no later than 30 days from the date of this order**, the parties are directed to file a motion to reinstate and dismiss or otherwise dispose of the appeal, a motion to reinstate and proceed with the appeal, or a report advising the Court of the status of the trial court proceedings. If the parties do not respond as directed, the case may be reinstated on the Court's active docket and the appeal will proceed under the applicable Texas Rules of Appellate Procedure.

The appeal remains abated, treated as a closed case, and removed from this Court's active docket.

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                               ☑ Acting individually     ☐ Acting for the Court

Date: July 24, 2018